IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH DANNY PROPHET,

          Petitoner,                 No. CIV S-06-2160 MCE CMK P

    vs.

THE SUPREME COURT OF
CALIFORNIA,

          Respondent.          <u>ORDER</u>

_____/

        On September 29, 2006, petitioner, a state prisoner at California Medical Facility, filed a "Motion and Declaration for Appointment of Counsel.  A copy of petitioner's prison trust account statement was attached to the September 29, 2006 filing.  Also attached was a copy of an order of the California Supreme Court denying petitioner's application for a writ of habeas corpus.  Aside from a second "Motion and Declaration for Appointment of Counsel" filed on October 6, 2006, no other pleadings have been filed by the petitioner.

        In order to commence an action, petitioner must file a complaint as required by Rule 3 of the Federal Rules of Civil Procedure, and petitioner must either pay the required filing fee or file an application requesting leave to proceed in forma pauperis.  <u>See</u> 28 U.S.C. §§ 1914(a), 1915(a).  As petitioner appears to be filing an application for habeas relief, petitioner must also comply with Rule 2 of the Rules Governing Habeas Cases—petitioner must name as

1

the respondent the state officer who has custody of him, petitioner must specify all grounds for relief available to petitioner, he must state the facts supporting each ground, and the petition must be legible.

The court will not issue any orders granting or denying relief until an action has been properly commenced.  Therefore, petitioner's motion will be denied without prejudice. Petitioner will be provided the opportunity to file his complaint, and to submit an application requesting leave to proceed in forma pauperis or to submit the appropriate filing fee.

Accordingly, petitioner's two requests for appointment of counsel are denied without prejudice.

IT IS HEREBY ORDERED that:

1.  Petitioner is granted thirty days from the date of service of this order to file a habeas petition that complies with the requirements of Rule 2 of the Rules Governing Habeas Corpus, the Federal Rules of Civil Procedure, and the Local Rules of Practice; the complaint must bear the docket number assigned this case; petitioner must file an original and two copies of the complaint.  Petitioner shall also submit, within thirty days from the date of this order, the application to proceed in forma pauperis on the form provided by the Clerk of Court, or the filing fee in the amount of $5.00.  Petitioner's failure to comply with this order will result in a recommendation that this matter be dismissed.

2.  The Clerk of the Court is directed to send petitioner the court's form for filing a habeas action, and the application to proceed in forma pauperis by a prisoner.

3.  Petitioner's September 29, 20006 request for the appointment of counsel (doc. 1) is denied.

///
///
///
///

4.  Petitioner's October 6, 2006 request for the appointment of counsel (doc. 4) is denied.

5.  The Clerk of the Court is directed to change the designation of this case to reflect that this is a habeas action instead of a civil rights action.

DATED:  October 17, 2006.

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE