1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JOSEPH DANNY PROPHET,                    No. 2:06-cv-2160-MCE-CMK-P

12            Petitioner,

13      v.                                    ORDER

14   THE SUPREME COURT OF
     CALIFORNIA, et al.,
15            Respondent.
                                        /
16

17        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this

18   court's December 12, 2006 dismissal of his application for a writ of habeas corpus for failure to

19   exhaust state remedies.  Before petitioner can appeal this decision, a certificate of appealability

20   must issue.  28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

21        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has

22   made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  The

23   court must either issue a certificate of appealability indicating which issues satisfy the required

24   showing or must state the reasons why such a certificate should not issue.  Fed. R. App. P. 22(b).

25   /////

26   /////

1

1    For the reasons set forth in the magistrate judge's November 13, 2006 findings and

2  recommendations, petitioner has not made a substantial showing of the denial of a constitutional

3  right.  Accordingly, a certificate of appealability should not issue in this action.

4    IT IS SO ORDERED.

5   Dated:  January 25, 2007

6

7    MORRISON C. ENGLAND, JR.
     UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26